1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael R. Lozeau (State Bar No. 142893)
Rebecca L. Davis (State Bar No. 271662)
E-mail: michael@lozeaudrury.com
        rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

*Additional Counsel Listed on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VULCAN MATERIALS COMPANY, a New Jersey corporation, <br><br> Defendant. | Case No. 2:19-cv-07289-AB-GJS <br><br> **REQUEST FOR ENTRY OF CONSENT DECREE** |

Kelly Clark (State Bar No. 312251)
LOS ANGELES WATERKEEPER
E-mail: kelly@lawaterkeeper.org
LOS ANGELES WATER KEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401-2385
Tel: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER


Sean K. Hungerford (State Bar No. 200268)
Tiffany M. Michou (State Bar No. 305766)
Email:  shungerford@hthjlaw.com
        tmichou@hthjlaw.com
HARRISON, TEMBLADOR
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Tel:  (916) 382-4377
Fax: (916) 382-4380

Attorneys for Defendant
VULCAN MATERIALS COMPANY

1    On April 17, 2020, Plaintiff Los Angeles Waterkeeper sent a letter to the United

2  States Department of Justice and the United States Environmental Protection Agency

3  to trigger a mandatory 45-day review period to review the [Proposed] Consent Decree

4  entered into by the parties on April 16, 2020.  *See* 33 U.S.C. § 1365(c); 40 C.F.R. §

5  135.5.  On June 11, 2020, Plaintiff filed a letter from the Department of Justice

6  indicating that the federal agencies had no objection to entry of the [Proposed]

7  Consent Decree.  Accordingly, the Parties hereby respectfully request that the Court

8  enter the [Proposed] Consent Decree filed with the Court contemporaneously with this

9  request.

10

11  Respectfully submitted,

12

13  Dated: June 11, 2020                    LOZEAU DRURY LLP

14

15                                          /s/ *Rebecca L. Davis*

16                                          Rebecca L. Davis
                                            Attorneys for Plaintiff
17                                          LOS ANGELES WATERKEEPER

18

19  Dated: June 11, 2020                    HARRISON, TEMBLADOR
                                            HUNGERFORD & JOHNSON LLP
20

21

22                                          /s/

23                                          Sean K. Hungerford
                                            Attorneys for Defendant
24                                          VULCAN MATERIALS COMPANY

25

26

27

28

REQUEST FOR ENTRY OF CONSENT                                Case No. 2:19-cv-07289-ABGJS
DECREE                                        1